RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 10/20/11
BY_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

MIKHAEL CHARLES DORISE     DOCKET NO. 11-CV-928; SEC. P

VERSUS     JUDGE JAMES T. TRIMBLE, JR.

WARDEN MARIA MEDINA, ET AL.     MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition in the captioned matter is **DISMISSED FOR LACK OF JURISDICTION.**

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 20th day of October, 2011.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE